UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory A. Scher,<br><br>    Plaintiff,<br><br>v.<br><br>Bureau of Prisons, Capt. J. Feda; Lt. Bordt, and FMC Rochester<br><br>    Defendants. | Case No. 19-cv-2001 (SRN/BRT)<br><br>**AMENDED ORDER** |

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson, dated May 7, 2020. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment [Doc. No. 15] is **DENIED** as premature.

Dated:   June 30, 2020                         s/Susan Richard Nelson
                                               SUSAN RICHARD NELSON
                                               United States District Judge