## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Greg Scher,<br><br>    Plaintiff,<br><br>v.<br><br>Bureau of Prisons, et al.,<br><br>    Defendants. | Case No. 19-cv-2001-SRN-BRT<br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS** |

Greg Scher, 95-009 Waikalani Dr., #105, Mililani, HI 96789, Pro Se.

Ana H. Voss, United States Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for Defendants

SUSAN RICHARD NELSON, United States District Judge

   This matter is before the Court upon the Report and Recommendations ("R&Rs") of Magistrate Judge Becky R. Thorson, both dated July 1, 2020 [Doc. Nos. 56 & 57].  Mr. Scher has filed no objections to the R&Rs within the time period permitted.  Rather, he agrees and concurs with the Magistrate Judge's recommendations.  (Pl.'s Response [Doc. No. 84] at 1.)

   Based upon the R&Rs of the Magistrate Judge, and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

   **IT IS HEREBY ORDERED** that:

  1. The R&Rs dated July 1, 2020 [Doc. Nos. 56 & 57] are **ADOPTED**;

2. Plaintiff's Motion for Default Judgment [Doc. No. 45] is **DENIED WITHOUT PREJUDICE**;

3. Plaintiff's Motion for a Preliminary Injunction [Doc. No. 11] is **DENIED**; and

4. Plaintiff's Request for Adjudication on Motion for Preliminary Injunction [Doc. No. 14] is **DENIED**.

Dated:  November 23, 2020      <u>s/Susan Richard Nelson</u>
                 SUSAN RICHARD NELSON
                 United States District Judge