# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory A. Scher,<br><br>Plaintiff,<br><br>v.<br><br>Bureau of Prisons, et al.,<br><br>Defendants. | Case No. 19-cv-2001 (SRN/BRT)<br><br><br>**ORDER** |

Greg Scher, 95-009 Waikalani Drive, #105, Mililani, HI 96789, Plaintiff *pro se*.

Ana H. Voss, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, attorney for Defendants.

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson, dated November 30, 2020. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Dismiss and/or for Summary Judgment [Doc. No. 6] is DENIED without prejudice, as moot; and

2. Plaintiff's Motion to Strike Defendants' Motion to Dismiss [Doc. No. 81] is DENIED without prejudice as moot.

2

Dated: December 15, 2020                           s/Susan Richard Nelson
                                                                             SUSAN RICHARD NELSON
                                                                             United States District Judge