# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory A. Scher, | Case No. 19-CV-2001 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Bureau of Prisons; Michael Carvajal, Director; Steve Kallis, Warden; Sheila Hadaway, DO, FMC Clinical Director; Rhonda Woltman, Correctional Counselor; US Public Health Service (USPHS); Capt. Brian Lewis, MD, CMO, USPHS; Capt. Jessica Feda, USPHS Ret.; Lt. Daniel Bordt, USPHS; Mark Morgan, DO, USPHS; John and Jane Does 1 through 10; | |
| Defendants. | |

Greg Scher, 95-009 Waikalani Drive, #105, Mililani, HI 96789, Plaintiff Pro Se.

Ana H. Voss, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Defendants.

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Becky R. Thorson, dated May 27, 2021 [Doc. No. 134]. No objections to the Report and Recommendation have been filed in the time period permitted.

Accordingly, and based on all the files, records, and proceedings, **IT IS HEREBY ORDERED** that:

1. Captain Jill Feda and Lieutenant Bordt's Motion to Dismiss [Doc. No. 103] is GRANTED;

2. The Bureau of Prisons and the Federal Medical Center in Rochester's Motion to Dismiss [Doc. No. 112] is GRANTED;

3. The United States Public Health Service's Motion to Dismiss [Doc. No. 117] is GRANTED.

4. Plaintiff Gregory A. Scher's Amended Complaint [Doc. No. 78] is DISMISSED WITH PREJUDICE in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 5, 2021

                                                s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Judge